# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONTENEGRO,<br><br>    Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION,<br><br>    Respondent. | Case No. 1:18-cv-01647-DAD-EPG-HC<br><br>ORDER TO ELECTRONICALLY FILE TRANSCRIPTS AND OTHER NECESSARY DOCUMENTS |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

As set forth in the Court's scheduling order issued on December 3, 2018, Respondent is required to file any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. (ECF No. 6). The Court FURTHER ORDERS that **the transcripts or other documents shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format. Respondent shall not file a hard copy of the transcripts or other documents unless so ordered by this Court.**

IT IS SO ORDERED.

Dated: **February 5, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE